**FILED** MAR 11 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

GILBERT GARCIA,

    Petitioner,

v.

G.D. LEWIS, WARDEN,

    Respondent.

Case No.   SACV 10-1356-DDP (MLG)

JUDGMENT

    IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 10, 2011

_____
Dean D. Pregerson
United States District Judge